FIRST NATIONAL BANK of Hecla, Respondent, v.
MICHAEL, Appellant.
(157 N. W. 989.)
(File No. 3856.  Opinion filed May 20, 1916.)

Appeal from Circuit Court, Marshall County.  Hon. Thomas L. Bouck, Judge.

Action by the First National Bank of Hecla, against J. L. Michael.  From an order denying defendant's motion to dissolve attachment, he appeals.  Reversed.

See, also 36 S. D. 172, 153 N. W. 1008.

*Amos N. Goodman,* and *Thomas L. Arnold,* for Appellant.

No appearance on behalf of Respondent.

WHITING, J.  The record herein presents exactly the same questions and upon the same facts as those considered by this court in the case of Farmers' & Merchants' State Bank of Hecla v. J. L. Michael, 37 S. D. 276, 157 N. W. 988, in which an opinion has been handed down during the present term.

For the reasons stated in such opinion, the judgment appealed from is reversed.